Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00114-CV

____________

 

CURTIS
WILLIAMS AND AMERICAN PROTECTION INSURANCE COMPANY, Appellants

 

V.

 

JACINTOPORT
INTERNATIONAL L.P., Appellee

 



 

On Appeal from the
280th District Court

 Harris County, Texas

Trial Court Cause No.  04‑10589

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
January 24, 2005.

On June 9, 2005, appellants filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.